**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, | ) ) ) ) ) ) | |
| | ) | District Judge: |
| Plaintiffs, | ) ) | Magistrate Judge: |
| vs. | ) ) | Case No: |
| IV GENERATION MARTIN MASONRY COMPANY., | ) ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT

Plaintiffs, the Construction Industry Retirement Fund of Rockford, Illinois and Construction Industry Welfare Fund of Rockford, Illinois, by their attorneys, WilliamsMcCarthy LLP, bring this Complaint against Defendant, IV Generation Martin Masonry Company.

### COUNT I
### (Failure to Pay Contributions to the Funds)

1.    Jurisdiction in this cause is based upon §301 of the Labor-Management Relations Act ("LMRA"), as amended. 29 U.S.C. § 185(a).

2.    Jurisdiction in this cause is also based upon §502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended. 29 U.S.C. § 1132.

3.    Venue is proper pursuant to 29 U.S.C. § 1132(e)(2) in this District because The Construction Industry Retirement Fund of Rockford, Illinois and The Construction Industry

Welfare Fund of Rockford, Illinois is administered in Rockford, Illinois (collectively referred to as "the Funds" or "Plaintiffs").

4.      The Funds are a multi-employer benefits plan withing the meaning of ERISA, it is established and maintained pursuant to its respective Agreements and Declarations of Trust in accordance with § 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have standing to sue pursuant to 29 U.S.C. § 1132(d)(1) and 29 U.S.C. § 185(a).

5.      Defendant is engaged in the construction industry and is doing business within this geographic area, is an industry affecting interstate commerce, and is an employer within the meaning of § 3(5) of ERISA and § 301(a) of the LMRA.

6.      Local Union of Bricklayers and Allied Craftsmen Local #6 Illinois, Rock Island Chapter, ("the Union") is a labor union which represents its members in negotiations and dealing with employers with respect to rates of pay, hours of work, and other conditions of employment.

7.      On or about February 10, 2000, Defendant entered into a Letter of Assent with the Union, evidence of which is attached hereto and made a part hereof as **Exhibit A**.

8.      Under the terms of the Letter of Assent, and the Collective Bargaining Agreement and Trust Agreements incorporated therein (the "Agreements"), Defendant is required to make contributions on behalf of its employees covered by the Agreements for pension benefits, health and welfare benefits, apprentice, working dues and to submit monthly remittance reports in which it identifies the employees covered under the Agreements and the amount of contributions to be remitted to the Funds on behalf of each covered employee.

9.     Under the terms of the Agreements, contributions to the Funds are due on the 15th day of the month following the month hours are worked and are considered delinquent after the 25th day of the month.

10.     Under the terms of the Agreements, any employer who fails to make the contributions by the 25th day of the month after the work was performed is required to pay an additional amount of ten percent (10%) in liquidated damages, along with all legal fees and costs expended to collect the amounts owed.

11.     Under the terms of the Agreements to which Defendant is bound, Defendant is required to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

12. On or about August 27, 2017, an audit was performed of the Defendant, for the period from October 1, 2014 through June 30, 2017 (see **Exhibit B** attached hereto and made a part hereof).

13.     Beginning October 2016 through December 2016, Defendant has failed to report and/or pay contributions and/or liquidated damages owed to the Funds in violation of its contractual obligations and the obligations under State and Federal law (see **Exhibit B**).

14.     As a direct and proximate result of Defendant's failure to pay contributions, Defendant's employees are in jeopardy of losing their health and welfare eligibility and benefits.

15.     Defendant's actions in failing to make timely reports and contributions violate § 515 of ERISA, 29 U.S.C. § 1145, and §301 of the LMRA.  29 U.S.C. § 185.

16.     Pursuant to § 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), §301 of the LMRA, 29 U.S.C. § 185, and the terms of the Agreements, Defendant is liable to the Funds for

unpaid contributions, as well as interest and liquidated damages on the unpaid and late contributions, reasonable attorney's fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request that this Court enter a Judgment against Defendant, IV Generation Martin Masonry Company, as follows:

(a)     Directing Defendant to submit its books and records to an audit on demand by Plaintiffs;

(b)     Entering judgment in a sum certain against Defendant on any amount shown due and owing pursuant to the audit, including unpaid contributions, liquidated damages, interest, audit costs and attorney's fees and costs;

(c)     Enjoining Defendant from violating the terms of the Agreements;

(d)     Awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate; and

(e)     Ordering Defendant to remain current in payment of all contributions to the Funds.

> THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, Plaintiffs,
> By:     WILLIAMSMCCARTHY, LLP
>
>  /s/    Troy E. Haggestad
>         Troy E. Haggestad (#06229384)
>         WILLIAMSMcCARTHY, LLP
>         120 West State Street, Suite 400
>         P.O. Box 219
>         Rockford, IL 61105-0219
>         815/987-8900

02/11/2000  09:05    319-3(  .590              BAC 6 IL ROCK    4ND              PAGE  02

# LOCAL UNION OF
## BRICKLAYERS AND ALLIED CRAFTSMEN
### B.A.C.
## LOCAL #6 ILLINOIS - ROCK ISLAND CHAPTER

### LETTER OF ASSENT
### INDIVIDUAL SIGNERS

This is to certify that the undersigned employer has examined a copy of the current approved contract between the Quad-City Association of Masonry Contractors and B.A.C. Local #6 IL, Rock Island Chapter.

The undersigned employer, who is not a member of the association, hereby agrees to comply with all of the terms and conditions of employment contained in the above mentioned agreement and all approved amendments thereto.  It is understood that the signing of this Letter of Assent shall be as binding on the undersigned employer as though he had signed the above referred to agreement, including any improved amendments thereto.

This Letter of Assent shall become effective for the undersigned employer on the tenth_____ day of February_____,2000_____, through April 30_____,2000_____, and shall automatically renew itself, and shall include any changes or additions to the contract as negotiated between the Quad-City Association of Masonry Contractors and B.A.C. Local #6 IL, Rock Island Chapter.

If the undersigned employer does NOT intend to renew this assent, he shall so notify the Local Union in writing by certified mail return receipt requested at least sixty (60) nor more than ninety (90) days prior to the termination date.

Further, said non-member employer agrees that notice served by the Union upon the Association and Mediation Services for re-opening, termination or commencement of negotiations shall constitute notice upon and cover the non-member signatory hereto.

Name of Firm

_IV Generation Martin Masonry_

_3111 Windsor Drive_

_Bettendorf, IA 52722_

_(319) 344-0148_

Signed For The Employer,

By: _Wm E. Martin IV_

Title: _President_

Date: _Feb 10 / 2000_

Signed For B.A.C. Local #6 IL, Rock Island Chapter

By: _Robert L. Danielsen_

Title: _Sec - Treas_

Date: _2/10/00._

FED ID  42-1496730

Workers Comp. Trissel Graham + Toole

Agent  Dan Curran (319) 322-3521

EXHIBIT

A

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910



August 29, 2017

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

RE: IV Generation Martin Masonry Company (4954)

We have performed a fringe benefit contribution compliance audit of
IV Generation Martin Masonry Company, for the period from October 1, 2014
through June 30, 2017. The audit encompassed the comparison of individual
earnings records to certain payroll tax and fund reports and a review of the
general disbursements records.

The comparison and review indicate that the employer has not complied with its
fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $ 7,238.00 |
| ASSESSMENT | $ 269.50 |
| RETIREMENT | $ 3,696.00 |
| Sub Total | $11,203.50 |
| 10% Liq. Damages | $ 1,093.40 |
| TOTAL | $12,296.90 |

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT

B

8/29/2017
ARD

**CONSTRUCTION INDUSTRY FUNDS - GROUP #160 - BAC 6 - #7 ROCK ISLAND BRICKLAYERS**

**IV GENERATION MARTIN MASONRY COMPANY  # 4954**

YEAR:  2016

*ADDITIONAL HOURS  1/16  -  12/16*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACKERLAND, MATT<br>xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | - | 126.00 | 61.00 | - | 187.00 |
| MARTIN, WILLIAM<br>xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | - | 142.00 | 149.00 | 105.00 | 396.00 |
| PORE, VINCENT<br>xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | - | 126.00 | 61.00 | - | 187.00 |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL HOURS** | - | - | - | - | - | - | - | - | - | 394.00 | 271.00 | 105.00 | 770.00 |

AMOUNT DUE TO FUNDS:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,703.60 | $ 2,547.40 | $ 987.00 | $ 7,238.00 |
| ASSESSMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 137.90 | $ 94.85 | $ 36.75 | $ 269.50 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,891.20 | $ 1,300.80 | $ 504.00 | $ 3,696.00 |
| **TOTAL** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,732.70 | $ 3,943.05 | $ 1,527.75 | $ 11,203.50 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.40 | ASSESSMENT | 0.35 |
| RETIREMENT | 4.80 | | |

8/29/2017
ARD

Page 2 of 3

## CONSTRUCTION INDUSTRY FUNDS - GROUP #160 - BAC 6 - #7 ROCK ISLAND BRICKLAYERS

### IV GENERATION MARTIN MASONRY COMPANY  # 4954

RICHARD J. WOLF AND COMPANY, INC.

## SUMMARY REPORT TOTAL

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WELFARE | $ 7,238.00 | $ - | $ 7,238.00 |
| ASSESSMENT | $ 269.50 | $ - | $ 269.50 |
| RETIREMENT | $ 3,696.00 | $ - | $ 3,696.00 |
| TOTAL | $ 11,203.50 | $ - | $ 11,203.50 |

## CONSTRUCTION INDUSTRY FUNDS - GROUP #160 - BAC 6 - #7 ROCK ISLAND BRICKLAYERS

### IV GENERATION MARTIN MASONRY COMPANY  # 4954

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---|
| WELFARE | $ | 7,238.00 |
| ASSESSMENT | $ | 269.50 |
| RETIREMENT | $ | 3,696.00 |
| TOTAL | $ | 11,203.50 |

| | | |
|---|---|---|
| Date File Received | _____ | Date Audit Performed ___August 24, 2017___ |
| Auditor's Name | Al Dlhy | Date Audit Submitted ___August 29, 2017___ |

**RICHARD J. WOLF AND COMPANY, INC.**
**Audit Fact Sheet and Contract Compliance**
**Audit Work Program**

**A.**  EMPLOYER NAME:  IV Generation Martin Masonry Company
ADDRESS:  5262 Crow Creek
CITY / STATE  Bettendorf, IA
ZIP CODE  52722
CONTACT INFO  563-359-3579        jhaverland@alwpc.com
TAXPAYER I.D. #  42-1496730

**B.**  Contacts Name  Judy Haverland        Title  Accountant
Person Fund is to Contact  Same        Title

**C.**  Organization Type        _____ Sole Proprietor
_____ Partnership
__X__ Corporation

**D.**  Ownership Principals Name        Title
1  William Martin IV        100 %  President
2        %
3        %
4        %

**E.**  Gross Annual Dollar Volume  $  630,000 in 2016

**F.**  Does Employer have interests in other related operations?  _____ Yes  _X_ No
If yes, describe

**G.**  Is employer a member of any Trade Organization/Association?  _____ Yes  _X_ No
If yes, list names of same

**H.**  Briefly describe employer's office and/or yard space?

Estimated Value of Same

**I.**  Audit Site (if different from employer's address)  Anderson, Lower, Whitlow, P.C. (Accountant's Office)
1805 State St  Suite 201  Bettendorf, IA 52722  563-359-4757

**J.**  Audit Period  10/1/14 to 6/30/17
(if different from Letter of Introduction, explain why?)

**K.**  The general condition of the accounting records were:  Good  They use Creative Solutions

**L.**  Accounting records reviewed (please list)  UC3's; 941's; W-2's; Union Reports; Payroll Summary
Reports; Check Register

RICHARD J. WOLF AND COMPANY, INC.
Audit Fact Sheet and Contract Compliance
Audit Work Program

Page 2 of 7

M.  All required accounting records were available with the exception of _____

_____

_____

_____

N.  Were any extraordinary auditing expenses incurred while performing this audit?
    Yes _____     No   X     If yes Please Explain _____

_____

_____

O.  State findings and briefly describe the nature of the delinquency, if any

| Fund | Amount | Reason |
|---|---|---|
| Construction Industry Fund | 770 Hours | Additional Hours |
| | | |
| | | |
| | | |

P.  Additional Comments    IV Generation Martin does all commercial masonry work specializing in restoration projects.  They had 5 employees in 2014, 13 in 2015, 8 in 2016 and 0 so far in 2017.  About 60% of the employees were bricklayers and the other 40% are laborers.  All hours were worked locally and reported locally.  They did not report after Sept 2016.  Records indicated there was no work in the first or second quarters of 2017.  The owner William Martin reported hours worked instead of 173.  The company is delinquent for Oct-Dec 2016.  Bill Martin was looking to close his business but has not done it officially yet.

Q.  Bank Accounts    Valley Bank,  Eldridge IA    Account # 1025063

R.  Type of Company (general, sub, pipeline, etc.)    Subcontractor

S.  Current "Certified Payroll Projects" as follows:

| Job Name | Location | Audit Status | Contract # |
|---|---|---|---|
| | | | |
| | | | |